33 A.3d 1261

**COMMONWEALTH of Pennsylvania, Appellee**

**v.**

**Dennis Anthony CANGIARELLA, Appellant.**

Supreme Court of Pennsylvania.

Argued March 9, 2011.

Decided Dec. 22, 2011.

No. 45 MAP 2010,

Jason Michael Leon, Amori & Riegel, LLC, Stroudsburg, for Dennis Anthony Cangiarella,.

Elmer D. Christine Jr., Monroe County District Attorney's Office, East Stroudsburg, Donald Leeth, Colleen Mancuso, Stroudsburg, for Commonwealth of Pennsylvania.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**